# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

CITADEL CONSTRUCTION CORP.,

Plaintiff,

-v-

CLASSIC DESIGN & FABRICATION, INC. and MICHAEL KRASUN,

Defendant.

Case No._____

Rule 7.1 Statement

RECEIVED
JAN 1 8 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

CITADEL CONSTRUCTION CORP.                   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held for Plaintiff.

Date: January 15, 2009

Signature of Attorney

Attorney Bar Code: 1609

Form Rule7_1.pdf  SDNY Web 10/2007