**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Citadel Construction Corp.,

                    Plaintiff,

        — against —

Classic Design &
Fabrication,
Inc. et al.,

                    Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED  5-5-10

**ORDER**

09 Civ. 0448 (VM)

**VICTOR MARRERO, United States District Judge.**

At a status conference held before this Court on
February 5, 2010, the Court directed Citadel Construction
Corporation ("Citadel") to submit an amended complaint by
February 26, 2010, reflecting the parties' understanding of
the applicability of state lien law to the matter at issue.
The Court provided that if defendants objected to the
applicability of state lien law as stated in the amended
complaint, they should submit a letter brief noting their
objections by March 8, 2010. Upon review of the docket, the
Court finds that neither Citadel nor defendants made any
submissions to the Court following that conference.

The Court held a phone conference on May 5, 2010, in
which  counsel for Citadel informed the Court that Citadel,
having been foreclosed upon, no longer exists. Accordingly,
based on the representations of counsel, it is hereby

**ORDERED** that this action be dismissed without prejudice.

The Clerk of Court is directed to withdraw any pending motions and to close this case.

Dated: May 5, 2010
      New York, New York

VICTOR MARRERO
U.S.D.J.